IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:07-CR-11-D
No. 2:12-CV-26-D

| | |
|---|---|
| DWAYNE JACKSON CONNER, ) </br> ) </br> Petitioner, ) </br> ) </br> v. ) </br> ) </br> UNITED STATES OF AMERICA, ) </br> ) </br> Respondent. ) </br> ) | **ORDER** |

The United States does not oppose Dewayne Jackson Conner's motion to vacate his conviction [D.E. 34]. The court has reviewed the entire record and GRANTS the motion to vacate [D.E. 30]. Conner's conviction in this case [D.E. 27] is VACATED. The United States shall release Conner.

SO ORDERED. This 19 day of October 2012.

JAMES C. DEVER III
Chief United States District Judge